IN THE UNITED STATES DISTRICT COURT
FOR THE SOTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JENNIFER L. HUDAK, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| ST. JOSEPH COUNTY and ARIELLE BRANDY, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff Jennifer L. Hudak, by counsel respectfully makes her Complaint for Damages and avers as follows:

### Nature of Case

1. This lawsuit seeks redress from an employer that interfered with Plaintiffs leave obtained under the Family and Medical Leave Act and constructively discharged her due to her political beliefs.

### Jurisdiction

2. Plaintiff brings this action pursuant to 29 U.S.C. § 2617 to redress Defendants' violation of the Family and Medical Leave Act 0f 1993. Plaintiff also brings this case pursuant to 42 U.S.C. § 1983 to redress the violations of her rights under the First Amendment. This Court has original subject matter jurisdiction of the federal questions presented pursuant to 28 U.S.C. § 1333 and § 1343.

3. Venue is proper in the South Bend Division because the Defendants reside in this division and the events complained of occurred in this division.

### Parties

4. Jennifer L. Hudak is an adult U.S. Citizen who resides in St. Joseph County, Indiana.

5. St. Joseph County is a government unit within the State of Indiana.

6. Arielle Brandy is an adult who resides in St. Joseph County, Indiana. She is sued in her individual capacity.

### Facts

7. Jennifer L. Hudak ("Hudak") was employed by St. Joseph County for two years, most recently as a Democratic Deputy at the Board of Voter Registration (the "Board").

8. Hudak has been diagnosed with an incurable liver ailment which causes fatigue and limits the number of hours she can work.

9. As a result of her illness Hudak requested leave under the Family and Medical Leave Act ("FMLA"), which was approved and began on September 27, 2018.

10. Under the terms of her FMLA leave, Hudak was restricted from working more than five days a week or eight hours a day.

11. Prior to the approval of her FMLA leave Hudak was rarely asked to work more than 40 hours per week.

12. On October 18th, Hudak was notified she would need to work 12 hour days with only one day off at a time.

13. Hudak's illness rendered her physically incapable of working these hours.

14. Upon receiving this schedule Hudak expressed concern to the Human Resources department but was told that failure to comply with the new work schedule could result in discipline.

15. When speaking to Human Resources failed to resolve the problem, Hudak met with Arielle Brandy ("Brandy"), the Democratic member of the Board. But Brandy reiterated that she would be required to work the extended hours despite her FMLA leave.

16. Hudak supported Tim Corbett in the Democratic primary election for St. Joseph County Sheriff, a bitterly contested primary that resulted in a recount which Corbett lost.

17. Brandy and most of the other employees of the Board supported Corbett's opponent, Bill Redman.

3

18. Brandy and the Board's refused to accommodate Hudak's FMLA leave in retaliation for her support for Corbett.

19. Because Hudak was physically unable to work the extended hours, she tendered her resignation on October 26, 2018.

20. Brandy and the Board constructively discharged Hudak by requiring her to perform work of which she was medically incapable.

21. Brandy acted at all relevant times under color of Indiana law.

## Legal Claims

22. The Brandy and the County constructively discharged Hudak in violation of the Family and Medical Leave Act.

23. Brandy constructively discharged Hudak for her political beliefs in violation of the First Amendment.

4

## Relief

24. Plaintiff seeks all relief allowable by law, including compensatory and punitive damages, costs, reinstatement, and attorney's fees.

**WHEREFORE,** Plaintiff prays for judgment against Defendants and for all other appropriate relief.

Respectfully submitted,

Daniel H. Pfeifer, (5720-71)
James P. Barth (33951-64)
PFEIFER MORGAN & STESIAK
53600 N. Ironwood Drive
South Bend, IN 46635
574/272-2870